■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CECIL HOLLINGSWORTH, Appellant.— Judgment unanimously modified insofar as the sentence imposed is inconsistent with *United States ex rel. Servo* v. *Preiser* (506 F. 2d 1115) and defendant ordered released. (Appeal from judgment of Erie

County Court adjudging defendant a youthful offender.) Present.—Marsh, P. J., Moule, Cardamone, Mahoney and Del Vecchio, JJ.